# Order

Michigan Supreme Court
Lansing, Michigan

June 30, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154437(65)

BRUCE MILLAR,
        Plaintiff-Appellant,

v

CONSTRUCTION CODE AUTHORITY, ELBA
TOWNSHIP, and CITY OF IMLAY CITY,
        Defendants-Appellees.
_____/

SC: 154437
COA: 326544
Lapeer CC: 14-047734-CZ

On order of the Chief Justice, the motion of defendant-appellee City of Imlay City to extend the time for filing its supplement brief to July 14, 2017, is GRANTED. The same extension is given to the other parties to file their supplemental briefs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2017



Clerk